450 A.2d 191

Miller v. Ohio Casualty Ins. Co., Appellant.

Argued March 23, 1982. Patricia Ann Butler, for appellant; N. Christopher Menges, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ. Judgment and order affirmed.

WATKINS, J., filed a memorandum dissenting opinion.

450 A.2d 191

Open Door Estates, Inc., Appellant v. Hynes, et al.

Argued June 8, 1982. Edward J. Hardiman, for appellant; Stephen G. Yusem, for appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ. Order affirmed.